## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

OLD REPUBLIC NATIONAL
TITLE INSURANCE COMPANY                                          PLAINTIFF

        v.                   Civil No. 10-5007

ACCESS TITLE, LTD. and
NORTHWEST ESCROW SERVICES, INC.                                  DEFENDANTS


### O R D E R

Now on this 14th day of January, 2010, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #11), to which the affected parties have waived objection, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, the following injunction shall apply to Access Title, Ltd. ("Access") until this matter has been definitively resolved among all parties and an Order of this Court has been entered to that effect:

1.  No disbursements or withdrawals shall be made from Access' escrow account that is the subject of this proceeding;

2.  Access may continue to use its operating account for the sole purpose of paying Access employees and payroll taxes;

3.    Access is restrained from selling, transferring, or otherwise disposing of or encumbering any of its assets; and

4.    Access shall continue to cooperate with plaintiff in its accounting efforts by providing information to plaintiff pursuant to reasonable requests made.

**IT IS SO ORDERED.**

**  /s/ Jimm Larry Hendren        **
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**