```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**OLD REPUBLIC NATIONAL**
**TITLE INSURANCE COMPANY**                                  **PLAINTIFF**

      **v.**        **Civil No. 10-5007**

**ACCESS TITLE, LTD. and**
**NORTHWEST ESCROW SERVICES, INC.**                          **DEFENDANTS**

## O R D E R

Now on this 20th day of January, 2010, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #19), to which the affected parties have waived objection, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, the following injunction shall apply to Northwest Escrow Services, Inc. ("Northwest") until this matter has been definitively resolved among all parties and an Order of this Court has been entered to that effect:

    1.   No disbursements or withdrawals shall be made from Northwest's escrow account that is the subject of this proceeding;

    2.   Northwest may continue to use its operating account for

the sole purpose of paying Northwest employees and payroll taxes, and its normal business operating costs;

    3.    Northwest is restrained from selling, transferring, or otherwise disposing of or encumbering any of its assets; and

    4.    Northwest shall continue to cooperate with plaintiff in its accounting efforts by providing information to plaintiff pursuant to reasonable requests made.

**IT IS SO ORDERED.**

                          **/s/ Jimm Larry Hendren**
                          **JIMM LARRY HENDREN**
                          **UNITED STATES DISTRICT JUDGE**