```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY                                              PLAINTIFF


             v.            Civil No. 10-5007

ACCESS TITLE, LTD.,
NORTHWEST ESCROW SERVICES, INC.,
ROZALIA MCCABE and DAVE MCCABE                                DEFENDANTS


### AMENDED AND SUBSTITUTED ORDER


NOW on this 23rd day of February 2011, the Court hereby enters this AMENDED AND SUBSTITUTED ORDER in place of its ORDER of February 23, 2011 docketed as Document 61.  The said ORDER of February 23, 2011, is herewith re-published, *nunc pro tunc*, as follows:

NOW on this 23rd day of February, 2011, the above referenced matter comes on for this Court's consideration of the **Motion for Leave to Dismiss Claims Against Certain Defendants and Joint Motion to Disburse Funds Held** (document #59) of plaintiff Old Republic National Title Insurance Company and separate defendant Northwest Escrow Services, Inc.  The Court, being well and sufficiently advised, finds and orders as follows:

1.   The motion should be, and hereby is, **granted and all claims against Northwest Escrow Services, Inc., Rozalia McCabe, and Dave McCabe are dismissed with prejudice subject to the following:**

     *   That all prior injunctive relief granted against

Northwest Escrow Services, Inc. is lifted; and,

    *   That all proceeds of the prior sale of Northwest Escrow Services, Inc.'s personal property, which by agreement and prior Court Order have been held in trust in a segregated account by Old Republic's counsel, be surrendered and paid to Old Republic.

IT IS SO ORDERED.

                                  <u>/s/Jimm Larry Hendren</u>
                                  JIMM LARRY HENDREN
                                  UNITED STATES DISTRICT JUDGE